UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUKE J. CARRERO,

    Petitioner,

v.

WARDEN, CHUCKAWALLA VALLEY STATE PRISON,

    Respondent.

Case No. 18-cv-02108-HSG

**JUDGMENT**

For the reasons set forth in the Order Granting Motion to Dismiss for Failure to Exhaust; Denying Certificate of Appealability, this action is DISMISSED without prejudice. Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 2/5/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge